ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: February 2, 2018
START: 12:05 pm
END: 12:30 pm

DOCKET NO: 17-cv-5803

CASE: Government Employees Insurance Company et al v. Valdan Acupuncture, P.C. et al

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Frank Piscione |
|  |  |
|  |  |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Nicholas Bowers |
|  |  |
|  |  |

- [ ] FACT DISCOVERY TO BE COMPLETED BY November 2, 2018
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Initial disclosures have been exchanged. The parties will attempt to settle the case and will file a joint status report by February 21, 2018. Pleadings may be amended and new parties added until May 18, 2018. The Court defers scheduling expert discovery.